DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAWRENCE R. METSCH, SUSAN M. METSCH** and
**THE METSCH LAW FIRM, P.A.,**
Appellants,

v.

**HARVEY JAY WEINBERG** and **KENNETH ALAN WEINBERG,**
Appellees.

No. 4D18-1228

[August 16, 2018]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 50-2006-CA-1212-MB-AI.

Lawrence R. Metsch of MetschLaw, P.A., Aventura, for appellants.

Adam G. Heffner of Adam G. Heffner, P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***